IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH L. TEPPER, in his capacity as the LIQUIDATION TRUSTEE for the GFGI LIQUIDATION TRUST,<br><br>*Plaintiff,*<br><br>v.<br><br>KEEFE, BRUYETTE & WOODS, INC. AND KBW, INC.,<br><br>*Defendants.* | Civil Action No.<br>3:11-CV-2087-L<br><br>Judge Lindsay |

## MOTION TO DISMISS
## PLAINTIFF'S ORIGINAL COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Thomas J. Kavaler and all the prior papers and proceedings heretofore had herein, Defendants Keefe, Bruyette, & Woods, Inc. and KBW, Inc. hereby move this Court for an Order dismissing the Original Complaint of Plaintiff Kenneth L. Tepper, in his capacity as the Liquidation Trustee for the GFGI Liquidation Trust, pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated:   November 28, 2011

Respectfully submitted,

/s/ Thomas J. Kavaler
(admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3406
Facsimile: (212) 378-2230

tkavaler@cahill.com

Peter C. D'Apice
Texas Bar No. 05377783
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.**
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4938
Facsimile: (214) 969-4999
dapice@sbep-law.com

*Counsel For Defendants Keefe, Bruyette & Woods, Inc. and KBW, Inc.*